**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rebecca A. Joseph                                                                     CHAPTER 7
                                  Debtor(s)

                                                                                             BKY. NO. 21-22393 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
10 Nov 2021, 13:33:04, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 40743ed5e649f7d211471718d7a826f45bf82688e709c3e6269eafb1af4aa16c