**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rebecca A. Joseph<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1488<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21–22393–GLT | |

# Order of Discharge                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rebecca A. Joseph

2/2/22                                                                    **By the court:**   Gregory L. Taddonio
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Rebecca A. Joseph  
    Debtor

Case No. 21-22393-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 02, 2022      Form ID: 318      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca A. Joseph, 903 S Cascade Street, New Castle, PA 16101-4315 |
| 15428643 | | Allegent, PO Box 15019, Wilmington, DE 19850-5019 |
| 15428644 | + | Alliant Credit Union, 1600 Golf Road, Rolling Meadows, IL 60008-4275 |
| 15428650 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15428657 | + | Tristate Ortho & Sports Med/DME, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7005 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 03 2022 08:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 03 2022 08:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 03 2022 08:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15428645 | + | Email/Text: bankruptcynotices@amazon.com | Feb 03 2022 03:30:00 | Amazon, 440 Terry Ave North, Seattle, WA 98109-5210 |
| 15428646 | + | EDI: CITICORP.COM | Feb 03 2022 08:23:00 | BestBuy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15428647 | + | EDI: CAPITALONE.COM | Feb 03 2022 08:23:00 | Capital One, Attention: General Correspondence/Bkcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15428648 | | EDI: DISCOVER.COM | Feb 03 2022 08:23:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15428649 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 03 2022 03:30:00 | First National Bank, 32 N Mill Street, New Castle, PA 16101-3610 |
| 15428651 | | EDI: CITICORP.COM | Feb 03 2022 08:23:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15428652 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2022 03:30:00 | Kohl's, PO Box 1456, Charlotte, NC 28201-1456 |
| 15428653 | | EDI: RMSC.COM | Feb 03 2022 08:23:00 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15428654 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2022 03:30:00 | PNC Bank, National Association, PO Box 5570, Cleveland, OH 44101-0570 |
| 15428779 | + | EDI: RMSC.COM | Feb 03 2022 08:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15428656 | | EDI: RMSC.COM | Feb 03 2022 08:23:00 | TJX Rewards/Synchrony Bank, PO Box 530949, Atlanta, GA 30353-0949 |
| 15428655 | + | EDI: WTRRNBANK.COM | Feb 03 2022 08:23:00 | Target Credit Services, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor Rebecca A. Joseph paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 5